IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANN WEST,

    Plaintiff,

v.

UNICARE LIFE & HEALTH
INSURANCE COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-81-wmc

    This action came for consideration before the court with William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant UniCare Life & Health Insurance Company granting its motion for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

APR – 1 2011
_____
Date